IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MODESTO ANDRES COVARRUBIAS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>THE UNITED STATES DISTRICT COURT OF LANCASTER COUNTY COURTS, DISTRICT COURT, and IDEAUS, Judge;<br><br>　　　　　Defendants. | **8:18CV333**<br><br>**MEMORANDUM AND ORDER** |

　　This matter is before the court on its own motion. On August 15, 2018, the court ordered Plaintiff to show cause within 30 days why this case should not be dismissed for failure to pay the filing fee assessed by the court on July 13, 2018. To date, Plaintiff has not shown cause for his failure to pay the filing fee and has not paid the filing fee or sought an extension of time in which to do so.

　　IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice for failure to pay the court's filing fee, and for failure to comply with a court order. The court will enter judgment by a separate document.

　　Dated this 20th day of September, 2018.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ *Richard G. Kopf*
　　　　　　　　　　　　　　　　　　Senior United States District Judge